## (September 7, 1982)

■ In the Matter of MARLENE CINTRON et al., Appellants, v MARTIN RICHARDS et al., and FERNANDO J. OLIVER, Respondents. — Judgment, Supreme Court, Bronx County, entered on September 1, 1982, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Lupiano, Silverman, Bloom and Fein, JJ.

## (September 14, 1982)

■ In the Matter of JOSE M. GONZALEZ, Appellant-Respondent, v ROBERT S. BLACK et al., Respondents, and CARMEN PINILLA, Respondent-Appellant. — Judgment, Supreme Court, Bronx County (Mercorella, J.), entered on September 13, 1982, affirmed, without costs and without disbursements. Concur — Sandler, Sullivan and Lynch, JJ.

Kupferman, J. P., dissents in a memorandum as follows: I would reverse and find the petitioner's designation valid. This case derives from *Matter of Reid v Richards* (89 AD2d 939). The Committee on Vacancies was still viable as Special Term determined. (*Matter of Owens v Sharpton,* 45 NY2d 794.) The parties stipulated that the petitioner was a resident as of August 13. There should be no bill of attainder against his designation by the committee. The date for filing the vacancy was after August 13.

## (September 16, 1982)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN CRUZ, Also Known as JOSE CRUZ, Appellant. — Judgment, Supreme Court, New York County (S. Levy, J.), rendered on April 28, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Murphy, P. J., Sullivan, Carro, Lupiano and Silverman, JJ.

■ In the Matter of ANNETTE D. FEINSAND, Petitioner, v PEGGY BERNHEIM, Respondent. — Application pursuant to CPLR article 78 in the nature of a writ of mandamus unanimously dismissed as moot, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Sullivan, Carro, Lupiano and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEJANDRO LUCIANO, Appellant. — Judgment, Supreme Court, Bronx County (Eggert, J.), rendered on June 20, 1980, unanimously reversed, on the law and in the interest of justice, and the case remanded for a new trial. (See *People v De Jesus,* 88 AD2d 554.) No opinion. Concur — Sandler, J. P., Bloom, Fein, Asch and Milonas, JJ.